UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Michael F. Ross,<br><br>        Plaintiff,<br><br>v.<br><br>Medical Claims Funding Group and<br>Daniel Ferrara,<br><br>        Defendants. | Court File No. 07-cv-557 (PAM/JSM)<br><br>**ORDER DISMISSING CASE<br>WITHOUT PREJUDICE** |

Pursuant to Plaintiff's Notice of Voluntary Dismissal,

IT IS HEREBY ORDERED:

The above-captioned matter is dismissed without prejudice and without further costs to any party.

Dated:   April 26, 2007

 s/Paul A. Magnuson
Paul A. Magnuson
United States District Court Judge